UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WILLIAM N. ADKINS, ) | Case No. 12-31050 |
| ) | Chapter 7 |
| _____Debtor._____ ) | |
| A. BURTON SHUFORD, CHAPTER 7 ) | |
| TRUSTEE FOR THE BANKRUPTCY ) | |
| ESTATE OF WILLIAM N. ADKINS, ) | |
| ) | Adversary Proceeding |
| Plaintiff, ) | No: 19-03050 |
| vs. ) | |
| ) | |
| PATTEN SALES AND MARKETING, LLC ) | |
| ) | |
| Defendant. ) | |
| And ) | |
| ) | |
| YEOPIM PARTNERS, LLC, ) | |
| ) | |
| _____Defendant-Intervenor._____ ) | |

MOTION FOR DEFAULT JUDGMENT

NOW COMES the Plaintiff herein, by and through his undersigned attorney, and moves the Court, pursuant to Bankruptcy Rule 7055 for an entry of default judgment against Defendant, PATTEN SALES AND MARKETING, LLC in this action for the reason that Defendant, PATTEN SALES AND MARKETING, LLC did not file with the Court or serve the Plaintiff in this action with answer to the Plaintiff's Complaint, as required.

Entry of Default has been lodged with the Court contemporaneously herewith. Said Defendant, PATTEN SALES AND MARKETING, LLC is, upon information and belief, not an infant or incompetent person and the Soldiers' and Sailors' Civil Relief Act of 1940 (50 U.S.C. App. §520), upon information and belief, does not apply to the Defendant, PATTEN SALES AND MARKETING, LLC.

This the 13th day of February, 2020.

/s/ A. Burton Shuford
A. Burton Shuford, NCBN 10035
4700 Lebanon Road, Suite A-2
Mint Hill, NC 29227
Direct Dial: (980) 321-7000
bshuford@abshuford.com
Attorney for the Trustee