FILED & JUDGMENT ENTERED
Steven T. Salata

May 29 2020

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: | )<br>) |
| MARK ROBERT ADKINS, | ) Case No. 12-31051<br>) Chapter 7 |
| Debtor. | ) |
| A. BURTON SHUFORD, TRUSTEE<br>FOR THE BANKRUPTCY ESTATE<br>OF MARK ROBERT ADKINS, | )<br>)<br>)<br>) Adversary Proceeding |
| Plaintiff, | ) No: 19-03048 |
| vs. | )<br>) |
| PATTEN SALES AND MARKETING, LLC | )<br>) |
| Defendant. | ) |
| And | )<br>) |
| YEOPIM PARTNERS, LLC, | )<br>) |
| Defendant-Intervenor. | ) |

**ORDER**

THIS CAUSE coming on to be heard and being heard before the undersigned on May 27, 2020 with appearances as noted in the Court's record with all counsel appearing via ZoomGov Video Meeting on the following matters: 1) Continued hearing on Yeopim Partners, LLC's Motion to Dismiss and Motion for Judgment on the Pleadings (ECF No. 7); and 2) Second continued hearing on Plaintiff's Motion for Default Judgment (ECF No. 14); and it appearing to the Court that the above Motions should be reserved and not heard by the Court until the trial of

this matter, and it further appearing that the Court should enter an order setting a status hearing in this Adversary Proceeding; establishing a discovery period; and, setting a date for the trial. With the consent of the parties made in open court it is

    ORDERED

1. The court shall conduct a Status Hearing on June 22, 2020 at 9:30 AM;

2. All discovery in this action shall be completed within 90 days from the date of this Order; and,

3. The trial of this action will be held on September 21, 2020 at 9:30 AM and September 22, 2020 at 9:30 AM.

This Order has been signed electronically.    United States Bankruptcy Court
The Judge's signature and Court's seal
appear at the top of the Order.